## PROPOSED ORDER/COVER SHEET

TO: Honorable Howard R. Lloyd
U.S. Magistrate Judge

RE: __QUENTIN CHIANG__

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: __CR 06-70351 HRL__

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Hien T. Nguyen__
U.S. Pretrial Services Officer

__408-535-5027__
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall maintain employment and provide proof of employment. If unemployed, the defendant shall seek verifiable employment.

B.

☐ Bail Revoked/Bench Warrant Issued.

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER

DATE 6/21/06