Dear Judge Richard Seeborg

03-09-07
FILED

2007 MAR -9 A 10:02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

I am Quentin Chiang, Case # 5:06-CR-00529 RS-1

I was ordered to leave this countery, but I still have my passpoart in the court. Please release it, so that I can use it to trave out.

Quentin Chiang

*[signature in Chinese]*

It is so ordered. Expired passport to be returned to the defendant.

3/9/07

*[signature]*
RICHARD SEEBORG
US Magistrate Judge